IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIANE RUSH, et al.,

Plaintiffs,

v.

ADVANCE TRUCK LINE. LLC, et al.,

Defendants.

Case No. 23-cv-1515 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/1/2024            MONICA A. STUMP, Clerk of Court

                                              s/ Tina Gray, Deputy Clerk


**Approved:**     *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**